UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


FILED
JAN 09 2020

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TREVOR THEODORE SNYDER (07),

Defendant.

Case No. 19cr3364-AJB-07

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment and Superseding Indictment:

21:841(a)(1), 846; 21:853, 18:924(d)(1), 28:2461(c) - Conspiracy to Distribute Methamphetamine; Criminal Forfeiture (1)
21:841(a)(1), 846; 21:853, 18:924(d)(1), 28:2461(c) - Conspiracy to Distribute Methamphetamine; Criminal Forfeiture (1s)

Dated: 1/8/2020

Hon. Anthony J. Battaglia
United States District Judge